# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

JONATHAN MUNT, GLORIA J. HARMON,
and SANDRA M. WINGERS, individually,
and as Representatives of a Class of
Participants and Beneficiaries of the
WEC Energy Group Employee Retirement
Savings Plan,

           Plaintiffs,

   v.

WEC ENERGY GROUP, INC., and
WISCONSIN ENERGY INVESTMENT TRUST
POLICY COMMITTEE,

           Defendants.

Case No. 2:22-cv-00555-JPS

Hon. J P Stadtmueller

---

## DEFENDANTS' MOTION TO FILE CONFIDENTIAL INFORMATION AND DOCUMENTS AS RESTRICTED DOCUMENTS

Pursuant to Gen. L.R. 79(d), Defendants WEC Energy Group, Inc. ("WEC") and the Wisconsin Energy Investment Trust Policy Committee ("ITPC") (collectively, "Defendants"), by and through their undersigned counsel, hereby request that certain information stated in Defendants' Civil L.R. 56(b)(3)(B) Response to Plaintiffs' Statement of Itemized Disputed Facts, as well as certain Exhibits attached to the Declaration of Megan Troy in connection with Defendants' Reply in Support of their Combined Motion to Dismiss and for Summary Judgment, be filed as Restricted Documents.

753748559.1

In support of this motion, Defendants state as follows:

1.      On July 1, 2022, the Parties filed a Joint Motion for Entry of a Protective Order and Confidentiality Agreement. ECF No. 14.

2.      On July 7, 2022, the Court granted the Parties' Motion for Protective Order and further provided instructions on motion practice involving the Parties seeking to have documents filed either as "restricted" or "sealed." ECF No. 16.

3.      Defendants have produced documents and information that have been designated CONFIDENTIAL pursuant to the Protective Order and Confidentiality Agreement throughout the course of this litigation. This includes information that reveals sensitive commercial and financial information that Defendants, Fidelity (not a party to this action), and Robert W. Baird & Co. Inc. ("Baird") maintain as confidential.

4.      Defendants request that the below information and documents be filed as restricted documents to maintain confidentiality:

*Defendants' Civil L.R. 56(b)(3)(B) Response to Plaintiffs' Statement of Itemized Disputed Facts*

- Defendants' Civil L.R. 56(b)(3)(B) Response to Plaintiffs' Statement of Itemized Disputed Facts contains references to information concerning: (1) Fidelity's recordkeeping services pricing and the structure of payment, which is sensitive commercial and financial information that Defendants and Fidelity maintain is confidential; and (2) recordkeeping services pricing and the structure of payment from other third party recordkeepers, which is sensitive commercial and financial information that Defendants and other third parties maintain is confidential.

*Declaration of Megan Troy in connection with Defendants' Reply in Support of their Combined Motion to Dismiss and for Summary Judgment*

- Exhibits B, 67, and 68 to the Declaration contain references to information concerning: (1) Fidelity's recordkeeping services pricing and the structure of payment, which is sensitive commercial and financial information that Defendants and Fidelity maintain is confidential; and (2) recordkeeping services pricing and the structure of payment from other third party recordkeepers, which is sensitive commercial and financial information that Defendants and other third parties maintain is confidential.

WHEREFORE, Defendants respectfully request that the unredacted versions of the Defendants' Civil L.R. 56(b)(3)(B) Response to Plaintiffs' Statement of Itemized Disputed Facts, and Exhibits B, 67, and 68 to the Declaration of Megan Troy in connection with Defendants' Reply in Support of their Combined Motion to Dismiss and for Summary Judgment be designated as Restricted Documents pursuant to Gen. L.R. 79 and this Court's procedures.

Dated: May 15, 2023                    Respectfully submitted,


                                       */s/Megan E. Troy*
                                       Nancy G. Ross
                                       Megan E. Troy, SBN 1074012
                                       Mayer Brown LLP
                                       71 South Wacker Drive
                                       Chicago, Illinois 60606
                                       (312) 782-0600
                                       nross@mayerbrown.com
                                       mtroy@mayerbrown.com

                                       Alex C. Lakatos
                                       Mayer Brown LLP
                                       1999 K St NW
                                       Washington, DC 20006
                                       (202) 263-3312
                                       alakatos@mayerbrown.com

                                       Patrick J. Murphy, SBN 1070825
                                       Nathan J. Oesch, SBN 1101380
                                       Quarles & Brady LLP
                                       411 East Wisconsin Avenue, Suite 2400
                                       Milwaukee, WI 53202
                                       (414) 227-5000
                                       Patrick.Murphy@quarles.com
                                       Nathan.Oesch@quarles.com

                                       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 15, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Megan E. Troy*
Megan E. Troy

753748559.1