UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JONATHAN MUNT, et al.,

      Plaintiffs,                         Case No. 2:22-cv-00555-JPS

      v.

WEC ENERGY GROUP, INC., et al.

      Defendants

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Civil L.R. 7(k), because pertinent and significant authority relevant to an issue raised in the pending motion to dismiss came to Plaintiffs' attention after their final brief on Defendants' Combined Motion had been filed, Plaintiffs hereby submits this Notice of the following supplemental authority: *Tolomeo et al. v. R.R. Donnelley & Sons, Inc., et al.*, Case No: 1:20-cv-07158, ECF No. 81 (N.D. Ill. May 15, 2023) (copy attached as **Exhibit 1**). This authority is relevant to Plaintiff's Argument in Section II.B.1 of Plaintiff's Response Brief in Opposition to Defendants' Combined Motion to Dismiss and for Summary Judgment (ECF No. 50), with regard to the plausibility of Plaintiffs' excessive recordkeeping and administrative (RKA) fee claims.

Dated this 16th day of May, 2023       Respectfully submitted,

                                                  **WALCHESKE & LUZI, LLC**
                                                  Counsel for Plaintiffs

                                                  *s/ Paul M. Secunda*
                                                  Paul M. Secunda, State Bar No. 1074127

WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

## CERTIFICATE OF SERVICE

I, Paul M. Secunda, hereby certify that on May 16, 2023, I electronically filed a copy of the foregoing Plaintiff's Notice of Supplemental Authority through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Paul M. Secunda*
Paul M. Secunda
