# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JONATHAN MUNT, GLORIA J. HARMON, and SANDRA M. WINGERS,

          Plaintiffs,

v.

WEC ENERGY GROUP, INC. and WISCONSIN ENERGY INVESTMENT TRUST POLICY COMMITTEE,

          Defendants.

Case No. 22-CV-555-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants WEC Energy Group, Inc. and the Wisconsin Energy Investment Trust Policy Committee's motion to dismiss the Third Amended Complaint, ECF No. 50, be and the same is hereby **GRANTED**; to the extent Defendants' motion sought summary judgment, it is **DENIED as moot**; and

      **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

                                    APPROVED:

                                    J.P. Stadtmueller
                                    U.S. District Judge

|  |  |
|---|---|
| March 29, 2024 | GINA M. COLLETTI<br>Clerk of Court<br>*s/ Jodi L. Malek* |
| Date | By: Deputy Clerk |